UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Donte McClellon,<br><br>        Plaintiff,<br><br>  v.<br><br>OptionsHouse,<br><br>        Defendant. | CASE NOS. CV18-00909 and CV18-978 RAJ<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

This action is reassigned to the Honorable John C. Coughenour because it is related to Case No. CV18-00817JCC. This reassignment is ordered pursuant to this District's policy to transfer cases presenting common questions of fact or law to the judge to whom the earliest-filed case was assigned. *See* General Order No. 06-12 at ¶ 10 (W.D. Wash. Dec. 19, 2012). All pleadings filed in the future shall bear case numbers CV18-00909JCC and CV18-978JCC.

Dated this 10th day of July, 2018.

                                            WILLIAM M. McCOOL
                                            Clerk

                                            s/ TOMAS HERNANDEZ
                                            Deputy Clerk