THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE McCLELLON, | CASE NO. C18-0909-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CAPITAL ONE BANK, N.A., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's notice of Plaintiff's failure to file an amended complaint (Dkt. No. 18). On October 22, 2018, the Court granted Defendant's motion to dismiss Plaintiff's amended complaint. (Dkt. No. 16.) The Court granted Plaintiff leave to amend his complaint within 14 days. (*Id.*) Plaintiff has failed to file a second amended complaint within the Court-ordered deadline.

Within seven (7) days of the issuance of this order, Plaintiff shall show cause why his case should not be dismissed for failure to prosecute. If Plaintiff fails to timely respond to the Court's order, his claims could be dismissed with prejudice for failure to prosecute and failure to comply with the Court's order.

DATED this 14th day of November 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk