THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE McCLELLON, | CASE NO. C18-0909-JCC |
| Plaintiff, | ORDER |
| v. | |
| CAPITAL ONE BANK, N.A., | |
| Defendant. | |

This matter comes before the Court on Defendant's notice of Plaintiff's failure to file an amended complaint (Dkt. No. 18). On October 22, 2018, the Court granted Defendant's motion to dismiss Plaintiff's amended complaint. (Dkt. No. 16.) The Court granted Plaintiff leave to amend his complaint within 14 days. (*Id*.) Plaintiff has failed to file a second amended complaint within the Court-ordered deadline. On November 14, 2018, the Court ordered Plaintiff to show cause why his case should not be dismissed for failure to prosecute. Plaintiff failed to respond. Therefore, the Court DISMISSES Plaintiff's complaint with prejudice.

DATED this 27th day of November 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0909-JCC
PAGE - 1