THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE McCLELLON, | CASE NO. C18-0909-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CAPITAL ONE BANK, N.A.., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 28). The motion is DENIED. (*See* Dkt. Nos. 24, 27.) The Court will not consider any future motions for reconsideration in this case.

DATED this 7th day of March 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C18-0909-JCC
PAGE - 1