<div style="text-align: right">THE HONORABLE JOHN C. COUGHENOUR</div>

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DONTE McCLELLON, | CASE NO. C18-0909-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CAPITAL ONE BANK, N.A., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to proceed *in forma pauperis* (Dkt. No. 30). On March 15, 2019, Plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals (Dkt. No. 31), as well as a motion and application for leave to appeal *in forma pauperis*. (Dkt. No. 30.) Pursuant to this District's Amended General Order No. 02-19, Plaintiff's motion (Dkt. No. 30) is hereby REFERRED to the Hon. Brian A. Tsuchida, United States Magistrate Judge.

DATED this 3rd day of April 2019.

<div style="margin-left: 50%">
William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
</div>

MINUTE ORDER
C18-0909-JCC
PAGE - 1